IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

DOMINIQUE SINCLAIR                                                                                    PLAINTIFF

V.                                              No. 3:23-CV-00219-BRW

ANTHONY DAVIS, ET AL.                                                                              DEFENDANTS

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's complaint asserts claims for breaking & entering, false imprisonment, attempted murder, bodily intrusion, and forgery based on Defendants' alleged "proton therapy" which put her "at risk of death."[2] She seeks $15 billion in damages.

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 24th day of October, 2023.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.